UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

---

**Philip Hansten**

**Plaintiff**

Case No.: 1:21-cv-02043-RC

*vs.*

**Drug Enforcement Administration**

**Defendant**

---

## AFFIDAVIT OF SERVICE

I, Raymond Hyson, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Notice of Right to Consent to Trial before a United States Magistrate Judge, Complaint, and Civil Cover Sheet in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 08/06/2021 at 12:11 PM, I served United States Attorney for the District of Columbia at United States Attorney's Office, 501 3rd Street, NW, Washington, DC 20530 with the Summons, Notice of Right to Consent to Trial before a United States Magistrate Judge, Complaint, and Civil Cover Sheet by serving James Paxton, Agent, authorized to accept service on behalf of the United States Attorney for the District of Columbia.

James Paxton is described herein as:

Gender: Male   Race/Skin: Black   Age: 45   Weight: 180   Height: 5'10"   Hair: Bald   Glasses: No

I declare under penalty of perjury that this information is true and correct.

---

8/11/21
Executed On

Raymond Hyson

Client Ref Number: 8000004.006296
Job #: 1592460

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CLEAR FORM

Philip Hansten )
_____ )
*Plaintiff* )
)
v. ) Civil Action No. 1:21-cv-2043
)
Drug Enforcement Administration )
_____ )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Drug Enforcement Agency
8701 Morrissette Drive
Springfield, VA 22152

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Daniel C. Schwartz
Bryan Cave Leighton Paisner LLP
1155 F Street NW
Washington, DC 20004
(202) 508-6000

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 7/28/2021



/s/ Anson Hopkins
*Signature of Clerk or Deputy Clerk*