AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| Philip Hansten | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-02043 |
| Drug Enforcement Administration | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Philip Hansten    .

Date:    09/16/2021

/s/ Jessica R. Blaemire
*Attorney's signature*

Jessica R. Blaemire (D.C. Bar No. 1032912)
*Printed name and bar number*
Bryan Cave Leighton Paisner LLP
1155 F Street NW Suite 500
Washington, DC 20004

*Address*

jessica.blaemire@bclplaw.com
*E-mail address*

(202) 508-6357
*Telephone number*

(202) 220-7657
*FAX number*