UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILIP HANSTEN,<br><br>           Plaintiff,<br><br>     v.<br><br>DRUG ENFORCEMENT<br>ADMINISTRATION,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 21-2043 (RC)<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME AND TO MODIFY REMAINDER OF BRIEFING SCHEDULE**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, Drug Enforcement Administration ("DEA"), respectfully moves, through counsel, for an enlargement of time of four (4) days for the parties to file their summary judgment briefings.

1. On July 28, 2021, Plaintiff, Philip Hansten, filed a complaint under claims under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. *See* ECF No. 1.

2. On September 3, 2021, DEA filed its Answer. *See* ECF No. 6.

3. Thereafter, the parties proposed, and the Court adopted a briefing schedule. *See* Sept. 5, 2021 Minute Order; *see also* ECF No. 8; Sept. 21, 2021 Minute Order.

4. The Sept. 21, 2021, provided, in part:

   [. . .] It is hereby ORDERED that the following schedule shall govern further proceedings: Plaintiff and Defendant shall file opening summary judgment briefs by October 18, 2021; Plaintiff and Defendant shall file summary judgment opposition briefs by November 18, 2021; Plaintiff and Defendant shall file summary judgment reply briefs by December 13, 2021. . . .

*See* Sept. 21, 2021 Minute Order.

5. The undersigned Assistant United States Attorney needs additional time to complete the drafting of the motion for summary judgment and also to have his draft pleading reviewed by his supervisors. This is the Defendant's first request for extension of time in this case.

6. In accordance with Local Civil Rule 7(m), undersigned counsel conferred with Plaintiff's about these extensions through an email exchange. Plaintiff consents to proposed four (4) day extensions for all deadlines.

7. The proposed new schedule would be:

   a. The Parties shall file opening summary judgment briefs by October 22, 2021;

   b. The Parties shall file summary judgment opposition briefs by November 18, 2021;

   c. The Parties shall file summary judgment reply briefs by December 13, 2021.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the Court enlarge the briefing schedule as proposed. A proposed order is attached.

Dated: October 18, 2021            Respectfully submitted,

                                   CHANNING D. PHILLIPS
                                   D.C. Bar No. 415793
                                   Acting United States Attorney

                                   BRIAN P. HUDAK
                                   Acting Chief, Civil Division


                             By: /s/ T. Anthony Quinn
                                   T. ANTHONY QUINN
                                   D.C. Bar No. 993730
                                   Assistant United States Attorney
                                   555 Fourth Street, N.W.
                                   Washington, D.C. 20530
                                   Telephone: 202-252-7558
                                   Tony.Quinn2@usdoj.gov

                                   COUNSEL FOR DEFENDANT