UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILIP HANSTEN, *Plaintiff,* v. DRUG ENFORCEMENT ADMINISTRATION, *Defendant.* | Civil Action No. 21-2043 (RC) |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

By and through its undersigned counsel, Defendant, the Drug Enforcement Administration ("DEA"), respectfully moves for summary judgment in its favor pursuant to Federal Rule of Civil Procedure 56(c). In sum, there exists no genuine issue of material fact and Defendant is entitled to judgment as a matter of law in this Freedom of Information Act case. In support of this Motion, Defendant refers the Court to the accompanying memorandum of points and authorities, statement of undisputed material facts, and the attached declaration and exhibits. A proposed order is also enclosed herewith.

Dated:  October 22, 2021

        Respectfully submitted,

        CHANNING D. PHILLIPS
        D.C. Bar No. 415793
        Acting United States Attorney

        BRIAN P. HUDAK
        Acting Chief, Civil Division

By: */s/  T Anthony Quinn*
    T. ANTHONY QUINN
    D.C. Bar No. 415213
    Assistant United States Attorney
    555 Fourth Street, NW
    Washington, D.C. 20530
    (202) 252-7558
    Tony.Quinn2@USDoJ.Gov

*Attorneys for Defendant*