UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILIP HANSTEN,

   Plaintiff,

v.

DRUG ENFORCEMENT ADMINISTRATION,

   *Defendant*.

Civil Action No. 21-2043 (RC)

**[PROPOSED] ORDER**

Upon consideration of the Defendants' Motion for Summary Judgment, Plaintiff's Opposition, the entire record herein, and for good cause shown, it is hereby

**ORDERED** that the Defendants' Motion is **GRANTED.**

**SO ORDERED** this _____ day of _____, 2021.

_____
**RUDOLPH CONTRERAS**
United States District Judge