EXHIBIT 1



BRYAN CAVE LEIGHTON PAISNER LLP
1155 F Street NW
Washington DC 20004 1357
T: +1 202 508 6000
F: +1 202 508 6200
www.bclplaw.com

March 10, 2021

By E-mail

DEA FOI/Records Management Section
ATTN: FOIA/PA Unit (FSRF)
8701 Morrisette Drive
Springfield, Virginia 22152
E-mail: DEA.FOIA@udsoj.gov
Fax: (202) 307-8556

Daniel C. Schwartz
Direct: 202-508-6025
Fax: 202-220-7325
dcschwartz@bclplaw.com

Dear Sir/Madam,

On behalf of my client, Philip Hansten, I am writing pursuant to the Freedom of Information
Act (FOIA), as amended, 5 U.S.C. § 552, and the rules of the Department of Justice issued
thereunder, 28 C.F.R. Part 16, to request copies of the following records in the custody or
control of the Drug Enforcement Administration (DEA):

> Records sufficient to show the names, addresses, and business activities of all parties
> that were issued DEA Form 222s in which the "Date Issued" on the form is 05/11/2011
> (May 11, 2011).

Pursuant to FOIA, I expect a response to this Request within 20 days after receipt.  Please
respond noting whether (1) responsive records will be provided; (2) no responsive records
exist; or (3) responsive records are being withheld.

Should DEA believe any of the requested records are exempt from disclosure, I expect DEA
to "take reasonable steps necessary to segregate and release" the non-exempt information.  If
responsive records are withheld in full or redacted in part, please specify each statutory
exemption you feel justifies the nondisclosure or redaction and provide a description of the
contents withheld, including subject matter, number of pages, and the date(s) of the
documents.

With respect to the form of production, I request that responsive electronic records be
produced electronically in native file format.  If that is not possible, I request that records be
produced as text-searchable PDF files.

If there any fees in excess of $100.00 for searching and copying these records, please inform
me before conducting the search or providing the records.

Please send all responsive documents to phansten@gmail.com and
dcschwartz@bclplaw.com.

Thank you for your consideration of this request.

Sincerely,

Daniel C. Schwartz

cc: Professor Philip Hansten