# EXHIBIT 3

# Guelcher, James M

| | |
|---|---|
| **From:** | Kent, Aneris |
| **Sent:** | Wednesday, April 7, 2021 12:36 PM |
| **To:** | 'Schwartz, Daniel' |
| **Subject:** | DEA FOIA/PA Request Number 21-00286-F |

Good afternoon Mr. Schwartz:

This is to acknowledge receipt of your Freedom of Information Act/Privacy Act (FOIA/PA) request by the Drug Enforcement Administration, FOIA/PA Section. This response is a courtesy reply. It does not replace the acknowledgement letter that will be sent to you once your request has been reviewed by our Intake Unit. Please note, requests are handled in the order they are received. We will advise you if any additional information is required.

Please be advised, due to necessary operational changes as a result of the national emergency concerning the novel coronavirus disease (COVID-19) outbreak, there may be some delay in the processing of your request.

You may wish to visit DEA's public facing website at www.dea.gov or the FOIA Library available at https://www.dea.gov/divisions/dea-foia-library to determine if the information you seek is already available to the public.

You may contact our FOIA Public Liaison at (571) 776-3139 for any further assistance and to discuss any aspect of your request. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at (202) 741-5770; toll free at 1-877-684-6448; or facsimile at (202) 741-5769.

If you have any questions regarding this email, you may contact our FOIA Requester Service Center at (571) 776-2300. Thank you for your patience as we work to complete the processing of your request.

Sincerely,

Aneris Kent
Paralegal, IBSS Corp. Contractor
Drug Enforcement Administration
Freedom of Information and PA Section
Intake Unit (FSRN)
Desk: (571)776-2971
Email: Aneris.kent@usdoj.gov

PRIVACY ACT NOTICE: This e-mail (including any attachments herein) may contain personal and privileged information that requires protection in compliance with the Privacy Act of 1974 (5 U.S.C. § 552a). Any use of this information by anyone other than the intended recipient is prohibited. If you have received this communication in error, please immediately delete all copies of this information and notify me by e-mail. The use, dissemination, distribution, or reproduction of this communication by unintended recipients in not authorized and may be unlawful.