# EXHIBIT 4



**U.S. Department of Justice**

Drug Enforcement Administration
FOIA and Privacy Act Section
8701 Morrissette Drive
Springfield, VA  22152

August 27, 2021

Daniel Schwartz, Esquire
Bryan Cave Leighton Paisner LLP
1155 F Street, NW
Washington, D.C. 20004-1357
dcschwartz@bclplaw.com

Subject:  *Hansten v. DEA,* Civil Action No.: 1:21-cv-02043
          DEA FOIA/PA Request Number 21-00286-F

Dear Mr. Schwartz:

    This is in response to your FOIA request on behalf of Philip Hansten, with assigned number of DEA FOIA/PA Request Number 21-00286-F.  We have determined that any records responsive to your request for the names, addresses, and business activities of all parties that were issued DEA Form 222s in which the date issued on the form is May 11, 2011, are categorically exempt from disclosure pursuant to 5 U.S.C. § 552(b)(7)(E).  Accordingly, this office is not required to conduct a search for the requested records.  Records are being withheld in full pursuant to 5 U.S.C. § 552(b)(7)(E), which concerns records or information compiled for law enforcement purposes the release of which would disclose techniques and procedures for law enforcement investigations or prosecutions.

    For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA.  *See* 5 U.S.C. § 552(c).  This response is limited to those records that are subject to the requirements of the FOIA.  This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

    Given that this matter is currently in litigation, if you have any questions regarding this letter, you may contact Assistant United States Attorney T. Anthony Quinn at (202) 252-7558 or Tony.Quinn2@usdoj.gov.

                                                    Sincerely,

                                                   Angela D. Hertel, Chief
                                                   Legal and External Affairs Unit
                                                   Freedom of Information and Privacy Act Section