EXHIBIT 5

See Reverse of PURCHASER'S Copy for Instructions

No order form may be issued for Schedule I and II substances unless a completed application form has been received, (21 CFR 1305.04).

OMB APPROVAL No. 1117-0010

TO: (Name of Supplier)

STREET ADDRESS

CITY and STATE

DATE

TO BE FILLED IN BY SUPPLIER
SUPPLIERS DEA REGISTRATION No.

TO BE FILLED IN BY PURCHASER

| LINE No. | No. of Packages | Size of Package | Name of Item | National Drug Code | Packages Shipped | Date Shipped |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |

◀ LAST LINE COMPLETED   (MUST BE 10 OR LESS)

SIGNATURE OF PURCHASER OR ATTORNEY OR AGENT

Date Issued: 08132002

DEA Registration No. ████

Name and Address of Registrant ████

Schedules: 2,3,3N,4,5

Registered as a: ANALYTICAL LA

No. of this Order Form: 028862714

DEA Form -222 (Oct. 1992)

**U.S. OFFICIAL ORDER FORMS - SCHEDULES I & II**
DRUG ENFORCEMENT ADMINISTRATION
SUPPLIER'S Copy 1

87013566

| See Reverse of PURCHASER'S Copy for Instructions | No order form may be issued for Schedule I and II substances unless a completed application form has been received. (21 CFR 1305.04). | | OMB APPROVAL No. 1117-0010 |
|---|---|---|---|
| TO: (Name of Supplier) | | STREET ADDRESS | |
| CITY and STATE | DATE | TO BE FILLED IN BY SUPPLIER | |
| | | SUPPLIERS DEA REGISTRATION No. | |

TO BE FILLED IN BY PURCHASER

| LINE No. | No. of Packages | Size of Package | Name of Item | National Drug Code | Packages Shipped | Date Shipped |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |

◀ LAST LINE COMPLETED   (MUST BE 10 OR LESS)   SIGNATURE OF PURCHASER OR ATTORNEY OR AGENT

Date Issued: 08132002
Schedules: 2,3,3N,4,5
Registered as a: ANALYTICAL LA
DEA Registration No.: [redacted]
No. of this Order Form: 028862714
Name and Address of Registrant: [redacted]

DEA Form -222 (Oct. 1992)
**U.S. OFFICIAL ORDER FORMS - SCHEDULES I & II**
DRUG ENFORCEMENT ADMINISTRATION
DEA Copy 2

| See Reverse of Purchaser's Copy for Instructions | No order form may be issued for Schedule I and II substances unless a completed application form has been received. (21 CFR 1305.04). | | OMB APPROVAL No. 1117-0010 |
|---|---|---|---|
| TO: (Name of Supplier) | | STREET ADDRESS | |
| CITY and STATE | DATE | | TO BE FILLED IN BY PURCHASER |

| LINE No. | TO BE FILLED IN BY PURCHASER | | | NATIONAL DRUG CODE | No. of Packages Received | Date Received |
|---|---|---|---|---|---|---|
| | No. of Packages | Size of Package | Name of Item | | | |
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |

◀ LAST LINE COMPLETED  (MUST BE 10 OR LESS)

SIGNATURE OF PURCHASER OR ATTORNEY OR AGENT

Date Issued: 08132002
Schedules: 2,3,3N,4,5
Registered as a: ANALYTICAL LA
DEA Registration No.: [REDACTED]
No. of this Order Form: 028862714
Name and Address of Registrant: [REDACTED]

DEA Form -222 (Oct. 1992)
**U.S. OFFICIAL ORDER FORMS - SCHEDULES I & II**
DRUG ENFORCEMENT ADMINISTRATION
PURCHASER'S Copy 3