# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PHILIP HANSTEN,<br>Plaintiff,<br>v.<br><br>DRUG ENFORCEMENT ADMINISTRATION,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:21-cv-2043<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL

Jessica R. Blaemire, one of the counsel of record for Plaintiff, hereby gives notice of her withdrawal from this case. She is departing Bryan Cave Leighton Paisner as of June 17, 2022. Daniel C. Schwartz (D.C. Bar # 0017749) will continue to represent Plaintiff.

Dated: June 15, 2022               Respectfully submitted,

                                   */s/ Jessica R. Blaemire*

                                   Jessica R. Blaemire (D.C. Bar # 1032912)
                                   **BRYAN CAVE LEIGHTON PAISNER LLP**
                                   1155 F Street, NW
                                   Washington, D.C. 20004
                                   Telephone: 202-508-6000
                                   E-mail: jessica.blaemire@bclplaw.com
                                   *Attorneys for Plaintiff Prof. Philip Hansten*