# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| PHILIP HANSTEN, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 21-2043 (RC) |
| | : | | |
| v. | : | Re Document Nos.: | 11, 12 |
| | : | | |
| DRUG ENFORCEMENT ADMINISTRATION, | : | | |
| | : | | |
| Defendant. | : | | |

## ORDER

### GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT WITHOUT PREJUDICE

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Plaintiff's Motion for Summary Judgment (ECF No. 11) is **GRANTED** and Defendant's Motion for Summary Judgment (ECF No. 12) is **DENIED WITHOUT PREJUDICE**. It is hereby:

**ORDERED** that within 60 days of this opinion, the DEA shall: (1) conduct a search for responsive records; and (2) produce to Mr. Hansten any non-exempt portions of such records.

**ORDERED** that to the extent that the DEA withholds any responsive information pursuant to FOIA, it shall renew its motion for summary judgment 30 days thereafter.

**SO ORDERED**.

Dated: July 22, 2022

RUDOLPH CONTRERAS
United States District Judge