UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILIP HANSTEN,<br><br>*Plaintiff,*<br><br>v.<br><br>DRUG ENFORCEMENT ADMINISTRATION,<br><br>*Defendant.* | Civil Action No. 21-2043 (RC) |

**DEFENDANT'S STATUS REPORT**

Defendant, Drug Enforcement Administration ("DEA"), respectfully submits, through counsel, this Status Report.

1. On July 28, 2021, Plaintiff, Philip Hansten, filed a complaint under claims under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. *See* ECF No. 1.

2. On September 3, 2021, DEA filed its Answer. *See* ECF No. 6.

3. After summary judgment briefing, on July 22, 2022, the Court granted summary judgment in favor of Plaintiff. *See* ECF No. 19 and 20.

4. The Court ordered, in part:

that within 60 days of this opinion, the DEA shall: (1) conduct a search for responsive records; and (2) produce to Mr. Hansten any non-exempt portions of such records. . . . [and] that to the extent that the DEA withholds any responsive information pursuant to FOIA, it shall renew its motion for summary judgment 30 days thereafter.

ECF No. 19.

5. On September 22, 2022, pursuant to the Court's July 22, 2022, Order, DEA sent a letter to Plaintiff's counsel enclosing an Excel spreadsheet containing the names, addresses, and business activities of all parties that were issued DEA Form 222s in which the date issued is May

11, 2011.  DEA did not withhold any responsive information.  A copy of the letter, without its attachment, is attached as Exhibit A.

Dated: October 6, 2022          Respectfully submitted,

MATTHEW D. GRAVES
D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

*/s/ T Anthony Quinn*
T. ANTHONY QUINN
D.C. Bar No. 415213
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
(202) 252-7558
Tony.Quinn2@usdoj.gov

*Counsel for Defendant*