

**U.S. Department of Justice**

Drug Enforcement Administration
FOIA and Privacy Act Unit
8701 Morrissette Drive
Springfield, VA  22152

September 22, 2022

Daniel Schwartz, Esquire
Bryan Cave Leighton Paisner LLP
1155 F Street, NW
Washington, D.C. 20004-1357
dcschwartz@bclplaw.com

Case Number:  21-00286-F

Subject:   *Hansten v. DEA*
           Civil Action No.: 21-2043 (RC)

Dear Mr. Schwartz:

   Pursuant to the above-captioned civil action and July 22, 2022 Opinion, enclosed please find an Excel spreadsheet containing the names, addresses, and business activities of all parties that were issued DEA Form 222s in which the date issued is May 11, 2011.

   For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA.  *See* 5 U.S.C. § 552(c).  This response is limited to those records that are subject to the requirements of the FOIA.  This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

   If you have any questions regarding this letter, you may contact AUSA T. Anthony Quinn at (202) 252-7558 or Tony.Quinn2@usdoj.gov.

                                                Sincerely,


                                                Angela D. Hertel, Chief
                                                Legal and External Affairs Sub-Unit
                                                Freedom of Information and Privacy Act Unit

Enclosure